## COMMONWEALTH of Pennsylvania, Respondent

v.

## Robert M. JENNINGS III, Petitioner

### No. 464 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**